**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:24-cv-80093-KAM**

HOWARD COHAN,

     Plaintiff,

vs.

RESTAURANTE EL SABOR LATINO 3 CORP,
d/b/a SABOR LATINO,

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") , by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, RESTAURANTE EL SABOR LATINO 3 CORP d/b/a SABOR LATINO ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 19th day of March, 2024.

| BY:   *s/ Jason S. Weiss* | BY:   *s/ Stuart Hartstone* |
|---|---|
| Jason S. Weiss | Stuart L. Hartstone, Esq. |
| Jason@jswlawyer.com | Fla. Bar No. 087934 |
| Florida Bar No. 356890 | Daniel Lustig, Esq. |
| **WEISS LAW GROUP, P.A.** | Fla. Bar No. 059225 |
| 5531 N. University Drive | **PIKE & LUSTIG, LLP** |
| Suite 103 | 1209 North Olive Avenue |
| Coral Springs, FL 33067 | West Palm Beach, Florida 33401 |
| Tel: (954) 573-2800 | Telephone: (561) 855-7585 |
| *Attorneys for Plaintiff* | Facsimile: (561) 855-7710 |
| | pleadings@pikelustig.com |
| | *Attorneys for Defendant* |