UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80093-KAM

HOWARD COHAN,

     Plaintiff,

v.

RESTAURANTE EL SABOR LATINO 3 CORP
*d/b/a* SABOR LATINO

     Defendant.

_____/

## **ORDER**

THIS CAUSE is before the Court upon Plaintiff HOWARD COHAN's Notice of Voluntary Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (DE 11). Defendant RESTAURANTE EL SABOR LATINO 3 CORP *d/b/a* SABOR LATINO has not filed and answer or a summary judgment motion.

This type of dismissal is effective immediately upon filing and self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277-78 (11th Cir. 2012) (citations omitted).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of April, 2024.

               KENNETH A. MARRA
               United States District Judge

cc: All counsel of record